Berj K. Parseghian (Cal. Bar No. 2000932)
LIPPES MATHIAS LLP
260 Madison Avenue 17th Floor
New York, New York 10016
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Better Mortgage Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JING XU,<br><br>            Plaintiff,<br>v.<br><br>BETTER MORTGAGE CORPORATION; and THE MONEY SOURCE, INC.,<br><br>            Defendants. | Case No.: 5:23-cv-05510-VKD<br>(Before the Hon. Virginia K. DeMarchi)<br><br>**DEFENDANT BETTER MORTGAGE CORPORATION'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Better Financial Group, Inc.; and

2. Better Home and Finance Holding Company.

- 1 -

DATED: November 22, 2023

**LIPPES MATHIAS LLP**

*s/ Berj K. Parseghian*
Berj K. Parseghian

*Attorneys for Defendant
Better Mortgage Corporation*