Berj K. Parseghian (Cal. Bar No. 2000932)
LIPPES MATHIAS LLP
260 Madison Avenue 17th Floor
New York, New York  10016
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Better Mortgage Corporation*

LIPPES MATHIAS LLP

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JING XU,<br><br>          Plaintiff,<br><br>   v.<br><br>BETTER MORTGAGE CORPORATION; and THE MONEY SOURCE, INC.,<br><br>          Defendants. | Case No.: 5:23-cv-05510-VKD<br>(Before the Hon. Virginia K. DeMarchi)<br><br>**DEFENDANT BETTER MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Better Mortgage Corporation certifies that it is a non-governmental owned corporation organized under the laws of the State of California, with its principal place of business in New York, New York. Better Mortgage Corporation submits the following statement of its corporate interests and affiliations for the use of the Judges of this Court:

Defendant Better Mortgage Corporation is a wholly-owned subsidiary of Better Financial Group, Inc.

Better Financial Group, Inc. is a wholly-owned subsidiary Better Home and Finance Holding Company, a publicly traded corporation.

- 1 -

DATED:        November 22, 2023

LIPPES MATHIAS LLP

*s/ Berj K. Parseghian*
Berj K. Parseghian

*Attorneys for Defendant*
*Better Mortgage Corporation*

LIPPES MATHIAS LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 23-cv-05510-VKD