HALL GRIFFIN LLP
VALERIE J. SCHRATZ, State Bar No. 272418
  *vschratz@hallgriffin.com*
BRIAN P. STEWART, State Bar No. 147718
  *bstewart@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
THE MONEY SOURCE INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JING XU,<br><br>        Plaintiff,<br><br>    vs.<br><br>BETTER MORTGAGE CORPORATION, a California corporation, and THE MONEY SOURCE, INC., a New York corporation,<br><br>        Defendants. | CASE NO. 5:23-cv-05510-NW<br><br>JUDGE:  Hon. Noël Wise<br>CTRM.:  3<br><br>**DECLARATION OF VALERIE J. SCHRATZ IN SUPPORT OF DEFENDANT THE MONEY SOURCE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:  July 16, 2025<br>TIME:  9:00 a.m.<br><br>ACTION FILED:  October 25, 2023<br>TRIAL DATE:  September 22, 2025 |

### DECLARATION OF VALERIE SCHRATZ

I, Valerie Schratz, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am a partner at the law firm of Hall Griffin LLP, counsel of record for Defendant THE MONEY SOURCE INC. ("TMS") in this action. In my position with Hall Griffin LLP, I have access to all documents related to the firm's civil litigation matters, including all documents related to the above-entitled action. In addition, I am one of the attorneys responsible for this litigation matter. I have personal knowledge of the

facts set forth in this Declaration, and if called as a witness, could and would competently testify to such facts under oath.

2.     This declaration is made in support of TMS's Motion for Summary Judgment which is filed concurrently herewith.

3.     On June 26, 2024 our office served Requests for Admissions on Plaintiff JING XU ("XU") (a true and correct copy of the Requests for Admission are attached hereto as Exhibit "A").

4.     On July 26, 2024, XU served his Responses to Requests for Admissions ["RRFA"] on our office (a true and correct copy XU's RRFA are attached hereto as Exhibit "B").

5.     In his responses to Requests for Admissions Plaintiff XU has admitted the following facts:

    (a)     He had access to receive emails at robertxjys@gmail.com [RRFA #1];

    (b)     His residence and mailing address, between November 1, 2021 and March 30, 2022, was 3637 Ramona Circle, Palo Alto, California 94306 [RRFA #2];

    (c)     On November 3, 2021 he registered for TMS' borrower portal [RRFA #8];

    (d)     On November 3, 2021 he enrolled in the TMS paperless communication program [RRFA #3];

    (e)     He successfully submitted a one-time payment of $8,153.74 [RRFA #4];

    (f)     He did not make his December 2021 mortgage payment on time [RRFA #5]; and

    (g)     He had access to Defendant's borrower portal between November 3, 2021, and March 30, 2022 [RRFA #9].

6.     On November 22, 2024, I took the deposition of Plaintiff JING XU in this matter (a true and correct copy of the Amended Notice of Deposition of Plaintiff Jing Xu is attached hereto as Exhibit "C").  True and correct copies of page excerpts of the deposition

1  transcript and any associated Exhibits are attached hereto as Exhibit O and referenced as
2  follows:
3        a.      Page 14 of the XU DT [Exhibit O1];
4        b.      Page 27 of the Deposition Transcript of JING XU ["XU DT"] and
5  Exhibit 107 [Exhibit O2];
6        c.      Page 28 of the Deposition Transcript of JING XU ["XU DT"]
7  [Exhibit O3];
8        d.      Page 30 of the Deposition Transcript of JING XU ["XU DT"]
9  [Exhibit O4];
10       e.      Page 31 of the Deposition Transcript of JING XU ["XU DT"] and
11 Exhibit 110 [Exhibit O5];
12       f.      Page 32 of the Deposition Transcript of JING XU ["XU DT"] and
13 Exhibit 111 [Exhibit O6];
14       g.      Page 34 of the Deposition Transcript of JING XU ["XU DT"] and
15 Exhibit 112 [Exhibit O7];
16       h.      Page 38 of the Deposition Transcript of JING XU ["XU DT"] and
17 Exhibit 116 [Exhibit O8];
18  I declare under penalty of perjury under the laws of the United States of America
19 that the foregoing is true and correct.
20 Executed on this 27th day of March, 2025, at Santa Ana, California.

_Valerie Schratz_ (signature)
Valerie Schratz

---

3      Case No. 5:23-cv-05510-NW
DECLARATION OF VALERIE J. SCHRATZ IN SUPPORT OF DEFENDANT THE MONEY SOURCE INC.'S
MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2025, a true and correct copy of **DECLARATION OF VALERIE J. SCHRATZ IN SUPPORT OF DEFENDANT THE MONEY SOURCE INC.'S MOTION FOR SUMMARY JUDGMENT** was served via the United States District Court CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

By *Valerie J. Schratz*
Valerie J. Schratz
HALL GRIFFIN LLP