# EXHIBIT A

```
HALL GRIFFIN LLP
VALERIE J. SCHRATZ, State Bar No. 272418
  vschratz@hallgriffin.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
THE MONEY SOURCE INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JING XU,<br><br>        Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORPORATION, a California corporation, and THE MONEY SOURCE, INC., a New York corporation,<br><br>        Defendants. | CASE NO. 5:23-cv-05510-VKD<br><br>**DEFENDANT THE MONEY SOURCE INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF JING XU**<br><br>JUDGE:  Hon. Virginia K. DeMarchi |

PROPOUNDING PARTY:    Defendant THE MONEY SOURCE INC.

RESPONDING PARTY:    Plaintiff JING XU

SET NO.:    ONE

      Defendant THE MONEY SOURCE INC. (hereinafter "TMS" or "Defendant") hereby requests Plaintiff JING XU ("Plaintiff") answer under oath pursuant to *Federal Rule of Civil Procedure* 36 the following Requests for Admission and that the responses be signed by the person(s) making them and served upon counsel for TMS within 30 days after service hereof.

## INSTRUCTIONS AND DEFINITIONS

      For purposes of these Requests, the following definitions and instructions shall apply.

      1.    "You," Your," and "Plaintiff" means Jing Xu, the plaintiff in this action, and his

1 agents, servants, employees, attorneys, accountants, consultants, or other persons or entities acting 2 on his behalf.

3     2.     "Defendant" means The Money Source Inc., the defendant in this action, as well as 4 its past or present owners, officers, directors, agents, servants, employees, in-house and outside 5 attorneys, accountants, consultants, corporate parents, affiliates, subsidiaries, or other persons or 6 entities acting on its behalf.

7     3.     The use of present tense shall include past tenses, unless otherwise specifically 8 indicated in the request.

9     4.     "All" and "Each" shall be construed to include the other.

10     5.     "Document" is synonymous in meaning and equal in scope to the usage of the term 11 in *Federal Rule of Civil Procedure* 34(a), including, without limitation, any electronically-stored 12 data or information. Drafts and non-identical duplicates constitute separate documents. 13 Attachments, exhibits, appendices, schedules, and enclosures to documents are considered part of 14 the same document.

15     6.     "Concerning" means constituting, comprising, relating to, referring to, reflecting, 16 evidencing, or in any way relevant within the meaning of *Federal Rule of Civil Procedure* 26(b)(1).

17     7.     "Complaint" means Your complaint for violation of fair credit reporting act filed on 18 October 25, 2023.

19     8.     "Including" means including but not limited to.

20     9.     "Person" and "Persons" means (a) natural persons; (b) legal entities, including 21 without limitation corporations, partnerships, firms, associations, professional corporations, and 22 proprietorships; and (c) governmental bodies or agencies.

23     10.    "And" and "Or" shall be construed conjunctively or disjunctively as necessary to 24 bring within the scope of the discovery request all responses that might otherwise be construed to 25 be outside of its scope.

26     11.    In accordance with *Federal Rule of Civil Procedure* 36(a)(3), each matter is admitted 27 by Plaintiff unless, within 30 days after service of this request, Plaintiff serves a written answer or 28 objection addressed to the matter, signed by Plaintiff or its attorney.

12. Plaintiff's written response to these requests must comply with the requirements of *Federal Rule of Civil Procedure* 36(a)(4), including the requirements that: (a) if a matter is not admitted, the answer must specifically deny it or state in detail why Plaintiff cannot truthfully admit or deny it; (b) any denial must fairly respond to the substance of the matter; (c) when good faith requires that Plaintiff qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest; (d) Plaintiff may assert lack of knowledge or information as a reason for failing to admit or deny only if Plaintiff states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

13. These requests for admission are continuing and require further answer and supplementation, as provided by *Federal Rule of Civil Procedure* 26(e).

14. Unless otherwise indicated, these Requests for Admission cover the period of September 2021 to the present.

15. If you object to any request on the ground that the answer would reveal privileged information, please specify:

    (a) The nature of the privilege being claimed (including work product);

    (b) The general subject matter of the document or oral communication as to which the privilege is claimed;

    (c) The date of the document or oral communication;

    (d) The name of the author or person making such communication;

    (e) The addressees or recipients of the document or oral communication;

    (f) The relationship between the author or person making such communication and the addressees or recipients of the document or oral communication.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that, between November 1, 2021 and March 30, 2022, You had access to review emails sent to the email address robertxjys@gmail.com.

**REQUEST FOR ADMISSION NO. 2:**

Admit that, between November 1, 2021 and March 30, 2022, You

address of 3637 Ramona Circle Palo Alto, California 94306.

**REQUEST FOR ADMISSION NO. 3:**

Admit that, on or about November 3, 2021, You enrolled in paperless communication with Defendant regarding the mortgage loan at issue in Your Complaint.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Defendant's email to You on November 3, 2021, confirmed that You successfully submitted a one-time loan payment in the amount of $8,153.74, related to the loan at issue in Your Complaint.

**REQUEST FOR ADMISSION NO. 5:**

Admit that You received a notice of servicing transfer related to the loan at issue in Your Complaint on November 5, 2021.

**REQUEST FOR ADMISSION NO. 6:**

Admit that Your mortgage loan payment related to the loan at issue in Your Complaint for December 2021 was not made timely.

**REQUEST FOR ADMISSION NO. 7:**

Admit that Defendant did not report inaccurate information to credit reporting agencies regarding the mortgage loan at issue in Your Complaint.

**REQUEST FOR ADMISSION NO. 8:**

Admit that You registered for Defendant's borrower portal on November 3, 2021.

**REQUEST FOR ADMISSION NO. 9:**

Admit that You had access to Defendant's borrower portal between November 3, 2021, and March 1, 2022.

**REQUEST FOR ADMISSION NO. 10:**

Admit that automatic payments for to the loan at issue in Your Complaint were not turned on.

**REQUEST FOR ADMISSION NO. 11:**

Admit that You did not suffer any damages related to the credit reporting by Defendant related to loan at issue in Your Complaint.

**REQUEST FOR ADMISSION NO. 12:**

Admit that You did not receive any notice from Defendant that automatic payments for to the loan at issue in Your Complaint were turned on.

DATED: June 26, 2024        HALL GRIFFIN LLP

By: _____
Valerie J. Schratz
Attorneys for Defendant
THE MONEY SOURCE INC.

# PROOF OF SERVICE

I am employed in the County of Orange, State of . I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On June 26, 2024, I served the within document(s) described as**:**

**DEFENDANT THE MONEY SOURCE INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF JING XU**

on each interested party in this action, as stated below:

| | |
|---|---|
| Breck E. Milde, Esq. | Berj K. Parseghian, Esq. |
| Terra Law LLP | Lippes Mathias LLP |
| 333 W. Santa Clara St., #910 | 260 Madison Ave., 17th Flr |
| San Jose, CA 95113 | New York, NY 10016 |
| 408-299-1200; Fax: 408-998-4895 | 332-345-4500 |
| bmilde@terralaw.com | bparseghian@lippes.com |
| **Attorney for Plaintiff Jing Xu** | **Attorney for Better Mortgage Corporation** |

**BY E-MAIL:** I caused a true copy of the document(s) to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is epaulino@hallgriffin.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 26, 2024, at Santa Ana, California.

_____
Edmund Paulino

Case No. 5:23-cv-05510-VKD
DEFENDANT THE MONEY SOURCE INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF JING XU

4871-8657-9607.2