# EXHIBIT C

|   |   |
|---|---|
| 1 | Berj K. Parseghian (Cal. Bar No. 200932) |
|   | LIPPES MATHIAS LLP |
| 2 | 420 Lexington Avenue, Suite 2005 |
|   | New York, New York 10170 |
| 3 | Telephone: (332) 345-4500 x1695 |
|   | Email: bparseghian@lippes.com |
| 4 |   |
| 5 | *Attorneys for Defendant* |
|   | *Better Mortgage Corporation* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JING XU, | Case No.: 5:23-cv-05510-PCP |
|---|---|
| Plaintiff, | (Before the Hon. P. Casey Pitts) |
| v. | **DEFENDANT BETTER MORTGAGE CORPORATION'S NOTICE OF DEPOSITION OF PLAINTIFF JING XU** |
| BETTER MORTGAGE CORPORATION; and THE MONEY SOURCE, INC., | |
| Defendants. | DATE: November 22, 2024 |
| | TIME: 10:00 a.m. PST |
| | PLACE: REGUS |
| | 18 South 2nd Street |
| | San Jose, CA 95113 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 30(b)(1), defendant Better Mortgage Corporation will take the deposition on oral examination of plaintiff JING XU at 10:00 a.m. Pacific Standard Time on November 22, 2024 at REGUS, 18 South 2nd Street, San Jose, California 95113 and remotely by videoconference. The deposition will be recorded by stenographic, videotape, and/or real-time computer means before an officer authorized by law to administer oaths on oral examination, and will continue from day to day until completed, excluding Saturdays, Sundays and holidays. Parties will have the option to

1  attend the deposition by remote means.  Counsel for defendant Better Mortgage Corporation will
2  provide access credentials for remote participation prior to the deposition.
3  DATED:       November 4, 2024

**LIPPES MATHIAS LLP**

*s/ Berj K. Parseghian*
Berj K. Parseghian
*Attorneys for Defendant Better Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I, Berj K. Parseghian, certify that on November 4, 2024, I served the above Defendant Better Mortgage Corporation's Notice of Deposition of Plaintiff Jing Xu via electronic mail on the following:

| | |
|---|---|
| Breck E. Milde<br>bmilde@terralaw.com<br>dhawes@terralaw.com | Attorneys for Plaintiff Jing Xu |
| Valerie Jean Schratz<br>vschratz@hallgriffin.com<br>epaulino@hallgriffen.com | Attorneys for Defendant The Money Source Inc. |

/s/ *Berj K. Parseghian*
Berj K. Parseghian

LIPPES MATHIAS LLP

**DEFENDANT BETTER MORTGAGE CORPORATION'S
NOTICE OF DEPOSITION OF PLAINTIFF JING XU**