# **EXHIBIT 01**

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4

 5    JING XU,                         )Case No.:  5:23-cv-05510-VKD
                                       )
 6                   Plaintiff,        )
                                       )
 7                                     )
                                       )
 8        vs.                          )
                                       )
 9                                     )
                                       )
10    BETTER MORTGAGE CORPORATION, a   )
      California corporation, and THE  )
11    MONEY SOURCE, INC., a New York   )
      corporation,                     )
12                                     )
                     Defendants.       )
13    _____  )

14

15

16                          DEPOSITION

17                             OF

18                          JING XU

19

20                 Friday, November 22, 2024

21

22                      Pages 1 - 112

23

24

25     Reported By:  Kathryn M. Charpentier, CSR 13319
```

                                                                    1

```
 1        A.    No.  I just requested that.
 2        Q.    If you could review these categories and let me
 3   know are there any other documents that you are aware of
 4   that you have access to that are listed here that you
 5   have not already produced.                                    10:26:59
 6        A.    Yeah, I think we already provided everything I
 7   have previously.  Other than this, this is the only
 8   other thing that I have.
 9        Q.    Make sure you review page 5 as well.
10        A.    Yes.                                               10:27:20
11        Q.    I just want to get a little bit of background
12   information about you.
13              What is your date of birth?
14        A.    October 24, 1965.
15        Q.    And what is your current residence address?       10:28:03
16        A.    3637 Ramona Circle, R-a-m-o-n-a Circle, Palo
17   Alto.
18        Q.    And how long have you lived at that address?
19        A.    Since 2021.
20        Q.    And is that also your current mailing address?    10:28:33
21        A.    Yes.
22        Q.    Has that been your mailing address since 2021?
23        A.    Yes.
24        Q.    And what phone number have you used to
25   communicate with the defendants in this action, Better       10:28:53
```

                                                                14

```
 1                    CERTIFICATE OF REPORTER

 2        I, KATHRYN M. CHARPENTIER, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell the

 5   truth, the whole truth, and nothing but the  truth in

 6   the within-entitled cause;

 7        That said deposition was taken in shorthand by me,

 8   a disinterested person, at the time and place therein

 9   stated, and that the testimony of  the said witness was

10   thereafter reduced to typewriting, by computer, under my

11   direction and supervision;

12        That before completion of the deposition, review of

13   the transcript [X] was [ ] was not requested.  If

14   requested, any changes made by the deponent (and

15   provided to the reporter) during the period allowed are

16   appended hereto.

17        I further certify that I am not of counsel or

18   attorney for either or any of the parties to the  said

19   deposition, nor in any way interested in the  event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22

23   DATED:  Wednesday, December 18, 2024

24        [signature: Kathryn Charpentier]

25        _____
```