**EXHIBIT 03**

```
 1                    UNITED STATES DISTRICT COURT

 2                    NORTHERN DISTRICT OF CALIFORNIA

 3                           SAN JOSE DIVISION

 4

 5    JING XU,                          )Case No.:  5:23-cv-05510-VKD
                                        )
 6                   Plaintiff,         )
                                        )
 7                                      )
                                        )
 8         vs.                          )
                                        )
 9                                      )
                                        )
10    BETTER MORTGAGE CORPORATION, a    )
      California corporation, and THE   )
11    MONEY SOURCE, INC., a New York    )
      corporation,                      )
12                                      )
                     Defendants.        )
13    _____   )

14

15

16                             DEPOSITION

17                                OF

18                             JING XU

19

20                    Friday, November 22, 2024

21

22                         Pages 1 - 112

23

24

25        Reported By:  Kathryn M. Charpentier, CSR 13319
```

                                                                        1

```
 1        A.    Yes.
 2        Q.    And is it your understanding that this e-mail
 3   is related to the refinance loan with Better Mortgage
 4   that we've been discussing?
 5        A.    Yes.                                        10:53:34
 6        Q.    Prior to receiving this e-mail had you given
 7   any of your personal bank or checking account info to
 8   Better Mortgage or anyone else related to this loan?
 9        A.    I don't remember.
10        Q.    Prior to receiving this e-mail had you set up 10:54:02
11   automatic payments related to this loan?
12        A.    I don't remember.
13        Q.    Did you take any actions in response to
14   receiving this e-mail?
15        A.    Yes.                                        10:54:27
16        Q.    What did you do?
17        A.    I went to the TMC website and set up an account
18   and provided my bank information, make the initial
19   payment, the first payment, make sure that the
20   information I put there is correct, that it went       10:54:46
21   through.  Yes, that's what I did.
22        Q.    Did you take any other actions in response to
23   receiving this e-mail?
24        A.    I think I just set up the account and made the
25   payments.                                              10:55:15
```

                                                                    28

```
 1                    CERTIFICATE OF REPORTER

 2        I, KATHRYN M. CHARPENTIER, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell the

 5   truth, the whole truth, and nothing but the  truth in

 6   the within-entitled cause;

 7        That said deposition was taken in shorthand by me,

 8   a disinterested person, at the time and place therein

 9   stated, and that the testimony of  the said witness was

10   thereafter reduced to typewriting, by computer, under my

11   direction and supervision;

12        That before completion of the deposition, review of

13   the transcript [X] was [ ] was not requested.  If

14   requested, any changes made by the deponent (and

15   provided to the reporter) during the period allowed are

16   appended hereto.

17        I further certify that I am not of counsel or

18   attorney for either or any of the parties to the  said

19   deposition, nor in any way interested in the  event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22

23   DATED:  Wednesday, December 18, 2024

24        [signature: Kathryn Charpentier]

25   _____
```