# **EXHIBIT 04**

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5    JING XU,                          )Case No.:  5:23-cv-05510-VKD
                                        )
 6                   Plaintiff,         )
                                        )
 7                                      )
                                        )
 8        vs.                           )
                                        )
 9                                      )
                                        )
10    BETTER MORTGAGE CORPORATION, a    )
      California corporation, and THE   )
11    MONEY SOURCE, INC., a New York    )
      corporation,                      )
12                                      )
                      Defendants.       )
13    _____   )

14

15

16                           DEPOSITION

17                              OF

18                            JING XU

19

20               Friday, November 22, 2024

21

22                       Pages 1 - 112

23

24

25    Reported By:  Kathryn M. Charpentier, CSR 13319
```

1

```
 1                THE WITNESS:  I believe I did not receive it.
 2       BY MS. SCHRATZ:
 3           Q.   Okay.  Do you recall if you ever received any
 4       statements related to this loan from The Money Source
 5       via U.S. mail?                                              10:57:21
 6           A.   I don't remember.
 7                (Defendants' Exhibit 109 marked.)
 8       BY MS. SCHRATZ:
 9           Q.   I'm going to hand you what we'll mark as
10       Exhibit 109.  But do keep 107.  And do you recognize       10:57:59
11       this document?
12           A.   Yes.
13           Q.   What is this document?
14           A.   I think this is after I opened the account in
15       on the website I got a confirmation e-mail.                10:58:32
16           Q.   And do you believe this is a copy of that
17       confirmation e-mail?
18           A.   To be honest, I can't remember exactly.  But I
19       see the e-mail address is mine.  Yeah, I received this
20       e-mail.
21           Q.   And this document says the e-mail was sent on
22       November 3, 2021; does that refresh your recollection
23       about when you went to the TMS website?
24           A.   Yeah.  Early November, it sounds right.
25                (Defendants' Exhibit 110 marked.)               10:59:20
```

30

```
 1                CERTIFICATE OF REPORTER

 2        I, KATHRYN M. CHARPENTIER, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell the

 5   truth, the whole truth, and nothing but the  truth in

 6   the within-entitled cause;

 7        That said deposition was taken in shorthand by me,

 8   a disinterested person, at the time and place therein

 9   stated, and that the testimony of  the said witness was

10   thereafter reduced to typewriting, by computer, under my

11   direction and supervision;

12        That before completion of the deposition, review of

13   the transcript [X] was [ ] was not requested.  If

14   requested, any changes made by the deponent (and

15   provided to the reporter) during the period allowed are

16   appended hereto.

17        I further certify that I am not of counsel or

18   attorney for either or any of the parties to the  said

19   deposition, nor in any way interested in the  event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22

23   DATED:  Wednesday, December 18, 2024

24        [signature: Kathryn Charpentier]

25   _____
```

111