**EXHIBIT 05**

```
1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4

5    JING XU,                         ) Case No.:  5:23-cv-05510-VKD
                                      )
6                   Plaintiff,        )
                                      )
7                                     )
                                      )
8         vs.                         )
                                      )
9                                     )
                                      )
10   BETTER MORTGAGE CORPORATION, a   )
     California corporation, and THE  )
11   MONEY SOURCE, INC., a New York   )
     corporation,                     )
12                                    )
                    Defendants.       )
13   _____  )

14

15

16                          DEPOSITION

17                              OF

18                           JING XU

19

20                  Friday, November 22, 2024

21

22                       Pages 1 - 112

23

24

25       Reported By:   Kathryn M. Charpentier, CSR 13319
```

                                                                    1

```
 1   BY MS. SCHRATZ:
 2       Q.   This next document will be Exhibit 110; and do
 3   you recognize this document?
 4       A.   Yeah, similar to the previous one, I can't
 5   remember the exact date.  But I see the e-mail.  I        10:59:42
 6   should have seen this before.
 7       Q.   And this document also says it was sent
 8   November 3, 2021, same as the prior one; do you see
 9   that?
10       A.   Yes.                                              10:59:55
11       Q.   This document mentions that, You have enrolled
12   in paperless communication.  You have selected the
13   following options:  Periodic billing statements,
14   year-end tax statement, additional correspondence, so
15   on; do you understand that this is a confirmation e-mail  11:00:13
16   based upon the efforts you described earlier about
17   registering items at the TMS website?
18            MR. MILDE:  Objection.  Vague and ambiguous.
19            THE WITNESS:  No.
20   BY MS. SCHRATZ:                                            11:00:32
21       Q.   Do you recall registering on the TMS website
22   for periodic billing statements November 3, 2021?
23       A.   Yeah, maybe -- I don't remember exactly.  But
24   it sounds right.  You already asked about that,
25   paperless communication.                                   11:00:50
```

31

| | |
|---|---|
| From: | my-support <my-support@TheMoneySource.com> |
| To: | robertxjys@gmail.com |
| Subject: | Welcome to The Money Source Inc. |
| Sent time: | Wed, 03 Nov 2021 07:26:20 GMT |



**THE MONEY SOURCE**

## Welcome!

Thank you for registering your account on our new and improved borrower portal – we think that's a great decision!

This is also a confirmation that you have enrolled in paperless communication. You have selected the following option(s):

- Periodic billing statements
- Year-end tax documents
- Additional correspondence related to the servicing of your mortgage loan, including escrow analysis, required disclosures, and any other communications deemed appropriate to be delivered electronically

We think that's TREErific! To manage your account online, 24/7 at your convenience, visit **The Money Source Inc.**

We're on a mission to inspire happy customers and are here to help you in any way we can.
If you have any questions, please feel free to contact one of our highly trained Customer Care Team Members at **CCare@TheMoneySource.com** or give us a call at **1-866-867-0330**.
We're available Monday – Friday 8:00 am – 9:00 pm ET and Saturday 8:00 am – 12:00 pm ET, excluding major holidays.

Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*

EXHIBIT NO. 110
Kate Charpentier, CSR 13319

TMS000032

CERTIFICATE OF REPORTER

I, KATHRYN M. CHARPENTIER, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: Wednesday, December 18, 2024

_____

# EXHIBIT 111

| | |
|---|---|
| From: | noreply@themoneysource.com |
| To: | robertxjys@gmail.com |
| Subject: | Payment Confirmation |
| Sent time: | Wed, 03 Nov 2021 07:45:07 GMT |





EXHIBIT NO. 111
Xu
11.22.22
Kate Charpentier, CSR 13319

## Thank you for your payment

November 03, 2021

Loan #***5926

JING XU

3637 RAMONA ST PALO ALTO

This is your confirmation notification that you have successfully submitted a one-time draft request in the amount of $8,153.74 for November 03, 2021. Your transaction Confirmation Number is W8D99E9BD6E3864B. Please ensure you have these funds available in your account on this date.

Thank you for using TheMoneySource.

Please do not reply to this message.

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient. Thank you.*

    

Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*

TMS000033