# EXHIBIT 06

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION



    JING XU,                          ) Case No.:  5:23-cv-05510-VKD
                                      )
                    Plaintiff,        )
                                      )
                                      )
                                      )
          vs.                         )
                                      )
                                      )
                                      )
    BETTER MORTGAGE CORPORATION, a    )
    California corporation, and THE   )
    MONEY SOURCE, INC., a New York    )
    corporation,                      )
                                      )
                    Defendants.       )
    _____    )




                            DEPOSITION

                                OF

                             JING XU



                    Friday, November 22, 2024



                         Pages 1 - 112



         Reported By:  Kathryn M. Charpentier, CSR 13319
```

                                                                    1

1       MS. SCHRATZ:  We'll mark the next document as
2   Exhibit 111.
3       (Defendants' Exhibit 111 marked.)
4   BY MS. SCHRATZ:
5       Q.  And do you recognize this document?                11:01:24
6       A.  The same as before.  I can't remember exactly.
7   By the address there I should have seen this before.
8       Q.  This document says, This is your confirmation
9   notification that you have successfully submitted a
10  one-time draft request in the amount of $8,153.74 for    11:01:41
11  November 3, 2021.
12      A.  Hmm-mmm.
13      Q.  Do you understand that this document discusses
14  the one-time payment you were discussing earlier?
15      A.  Yes.                                             11:02:03
16      Q.  Did you make any other one-time payments to
17  this loan via the TMS website or portal at any time?
18      A.  No.
19      Q.  Did you set up automatic payments on the TMS
20  website or TMS portal at any time?                       11:02:39
21      MR. MILDE:  Objection.  Asked and answered.
22      You can answer again.
23  BY MS. SCHRATZ:
24      Q.  When did you set up automatic payments?
25      A.  When I set up the loan account.                  11:02:50

                                                                   32

| | |
|---|---|
| From: | noreply@themoneysource.com |
| To: | robertxjys@gmail.com |
| Subject: | Payment Confirmation |
| Sent time: | Wed, 03 Nov 2021 07:45:07 GMT |


THE MONEY SOURCE

EXHIBIT NO. 111
Xu
11.22.22
Kate Charpentier, CSR 13319

## Thank you for your payment

November 03, 2021

Loan #***5926

JING XU

3637 RAMONA ST PALO ALTO

This is your confirmation notification that you have successfully submitted a one-time draft request in the amount of $8,153.74 for November 03, 2021. Your transaction Confirmation Number is W8D99E9BD6E3864B. Please ensure you have these funds available in your account on this date.

Thank you for using TheMoneySource.

Please do not reply to this message.

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient. Thank you.*

    

Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*

TMS000033

```
 1                    CERTIFICATE OF REPORTER

 2          I, KATHRYN M. CHARPENTIER, a Certified Shorthand

 3    Reporter, hereby certify that the witness in the

 4    foregoing deposition was by me duly sworn to tell the

 5    truth, the whole truth, and nothing but the  truth in

 6    the within-entitled cause;

 7          That said deposition was taken in shorthand by me,

 8    a disinterested person, at the time and place therein

 9    stated, and that the testimony of  the said witness was

10    thereafter reduced to typewriting, by computer, under my

11    direction and supervision;

12          That before completion of the deposition, review of

13    the transcript [X] was [ ] was not requested.  If

14    requested, any changes made by the deponent (and

15    provided to the reporter) during the period allowed are

16    appended hereto.

17          I further certify that I am not of counsel or

18    attorney for either or any of the parties to the  said

19    deposition, nor in any way interested in the  event of

20    this cause, and that I am not related to any of the

21    parties thereto.

22

23    DATED:  Wednesday, December 18, 2024

24          [signature: Kathryn Charpentier]

25    _____
```

111

# EXHIBIT 110

| | |
|---|---|
| From: | my-support <my-support@TheMoneySource.com> |
| To: | robertxjys@gmail.com |
| Subject: | Welcome to The Money Source Inc. |
| Sent time: | Wed, 03 Nov 2021 07:26:20 GMT |



## Welcome!



EXHIBIT NO. 110
11.22.24
Kate Charpentier, CSR 13319

Thank you for registering your account on our new and improved borrower portal – we think that's a great decision!

This is also a confirmation that you have enrolled in paperless communication. You have selected the following option(s):

- Periodic billing statements
- Year-end tax documents
- Additional correspondence related to the servicing of your mortgage loan, including escrow analysis, required disclosures, and any other communications deemed appropriate to be delivered electronically

We think that's TREErific! To manage your account online, 24/7 at your convenience, visit **The Money Source Inc.**

We're on a mission to inspire happy customers and are here to help you in any way we can.
If you have any questions, please feel free to contact one of our highly trained Customer Care Team Members at **CCare@TheMoneySource.com** or give us a call at **1-866-867-0330**.
We're available Monday – Friday 8:00 am – 9:00 pm ET and Saturday 8:00 am – 12:00 pm ET, excluding major holidays.

    

Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*

TMS000032