# EXHIBIT 07

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5   JING XU,                        )Case No.:  5:23-cv-05510-VKD
                                     )
 6                    Plaintiff,     )
                                     )
 7                                   )
                                     )
 8        vs.                        )
                                     )
 9                                   )
                                     )
10   BETTER MORTGAGE CORPORATION, a  )
     California corporation, and THE )
11   MONEY SOURCE, INC., a New York  )
     corporation,                    )
12                                   )
                      Defendants.    )
13   _____ )

14

15

16                       DEPOSITION

17                          OF

18                       JING XU

19

20               Friday, November 22, 2024

21

22                   Pages 1 - 112

23

24

25       Reported By:  Kathryn M. Charpentier, CSR 13319
```

1

1    by The Money Source for this loan?"

2           THE WITNESS:  I'm not understanding -- no.

3    BY MS. SCHRATZ:

4       Q.   So do you have any understanding of why not?

5       A.   Right now my understanding is because they    11:04:41

6    didn't let me know when they transferred the account.

7    And also they didn't enable the -- (reporter

8    clarification) -- turn on the auto payment.

9       Q.   And to your understanding why did they not turn

10   on the auto payment?                                  11:05:19

11          MR. MILDE:  Objection.  Calls for speculation.

12          THE WITNESS:  I don't know why.

13          (Defendants' Exhibit 112 marked.)

14   BY MS. SCHRATZ:

15      Q.   Let's take a look at what we'll mark as        11:06:02

16   Exhibit 112; do you recognize this document?

17      A.   Yes.

18      Q.   And what is this document?

19      A.   This is an e-mail notification to my e-mail

20   from TMS to tell me the monthly statement is ready.    11:06:39

21      Q.   And this e-mail is dated November 5, 2021; do

22   you believe you received this e-mail on that date?

23      A.   I think so.

24      Q.   And it mentions your mortgage statement is

25   ready to be viewed online and provides instructions on  11:06:59

34

**From:** service@themoneysource.com
**To:** ROBERTXJYS@GMAIL.COM
**Subject:** Monthly Mortgage Statement
**Sent time:** Fri, 05 Nov 2021 21:27:36 GMT

112



# Your mortgage billing statement is ready!

11/05/21

Loan #***5926
Jing Xu
3637 RAMONA ST PALO ALTO


EXHIBIT NO. 112

Kate Charpentier, CSR 13319

Your mortgage statement is ready to be viewed online.

To view your statement:
1. Visit www.TMSCustomer.com
2. Log into your account
3. Click on Documents

If you have any questions regarding your paperless statements, please contact us at Ccare@TheMoneySource.com or by phone at (866) 867-0330. Our hours are Monday - Friday 8:00 am - 9:00 pm ET and Saturday 8:00 am - 12:00 pm ET.

Please do not reply to this message.



Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.

1          CERTIFICATE OF REPORTER

2          I, KATHRYN M. CHARPENTIER, a Certified Shorthand

3     Reporter, hereby certify that the witness in the

4     foregoing deposition was by me duly sworn to tell the

5     truth, the whole truth, and nothing but the  truth in

6     the within-entitled cause;

7          That said deposition was taken in shorthand by me,

8     a disinterested person, at the time and place therein

9     stated, and that the testimony of  the said witness was

10    thereafter reduced to typewriting, by computer, under my

11    direction and supervision;

12         That before completion of the deposition, review of

13    the transcript [X] was [ ] was not requested.   If

14    requested, any changes made by the deponent (and

15    provided to the reporter) during the period allowed are

16    appended hereto.

17         I further certify that I am not of counsel or

18    attorney for either or any of the parties to the  said

19    deposition, nor in any way interested in the  event of

20    this cause, and that I am not related to any of the

21    parties thereto.

22

23    DATED:  Wednesday, December 18, 2024

24

25    _____

                                                          111

# EXHIBIT 112

**From:** sereply@themoneysource.com
**To:** ROBERTXJYS@GMAIL.COM
**Subject:** Monthly Mortgage Statement
**Sent time:** Fri, 05 Nov 2021 21:27:36 GMT

112





## Your mortgage billing statement is ready!

*11/05/21*

**Loan #***5926**
**Jing Xu**
**3637 RAMONA ST PALO ALTO**



EXHIBIT NO. 112

Vu

11.22.24

Kate Charpentier, CSR 13319

**Your mortgage statement is ready to be viewed online.**

**To view your statement:**
1. Visit **www.TMSCustomer.com**
2. Log into your account
3. Click on Documents

**If you have any questions regarding your paperless statements, please contact us at Ccare@TheMoneySource.com or by phone at (866) 867-0330. Our hours are Monday - Friday 8:00 am - 9:00 pm ET and Saturday 8:00 am - 12:00 pm ET.**

**Please do not reply to this message.**



Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 **THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER**

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*