Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Better Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JING XU,<br><br>      Plaintiff,<br>v.<br><br>BETTER MORTGAGE CORPORATION; and THE MONEY SOURCE, INC.,<br><br>      Defendants. | Case No.: 5:23-cv-05510-NW<br>(Before the Hon. Noël Wise)<br><br>**DECLARATION OF BERJ K. PARSEGHIAN**<br><br>Complaint Filed: October 25, 2023<br>Motion Date: July 16, 2025<br>Time: 9:00 a.m.<br>Location: Courtroom 3 |

I, Berj K. Parseghian, declare as follows:

1. I am an attorney duly admitted to practice in this Court and the courts of the State of California. I am a partner with Lippes Mathias LLP, attorneys for Defendant Better Mortgage Corporation ("Better"). I submit this Declaration in support of Better's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. The facts set forth herein are of my own personal knowledge and, if sworn, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the November 22, 2024 deposition Plaintiff Jing Xu ("Plaintiff").

- 1 -

**DECLARATION OF BERJ K. PARSEGHIAN IN SUPPORT OF DEFENDANT BETTER MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT - 23-cv-05510-NW**

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's responses to Better's Interrogatories dated July 24, 2024.

4. Attached hereto as **Exhibit C** is a Notice of Servicing Transfer dated September 23, 2021, which was produced in discovery as TMS000022 and was Exhibit 102 to Plaintiff's deposition.

5. Attached hereto as **Exhibit D** is an email entitled "Setting up your TMS account" dated October 17, 2021, which was produced in discovery as XU_00007-XU_00009 and was Exhibit 107 to Plaintiff's deposition.

6. Attached hereto as **Exhibit E** is an email entitled "Welcome to The Money Source Inc." dated November 3, 2021, which was produced in discovery as TMS000032 and was Exhibit 110 to Plaintiff's deposition.

7. Attached hereto as **Exhibit F** is an email entitled "Payment Confirmation" dated November 3, 2021, which was produced in discovery as TMS000033 and was Exhibit 111 to Plaintiff's deposition.

8. Attached hereto as **Exhibit G** is an email entitled "Monthly Mortgage Statement" dated November 5, 2021, which was produced in discovery as TMS000036 and was Exhibit 112 to Plaintiff's deposition.

9. Attached hereto as **Exhibit H** is a Mortgage Statement, which was produced in discovery as TMS000034-TMS000035 and was Exhibit 113 to Plaintiff's deposition.

10. Attached hereto as **Exhibit I** is a Notice of Mortgage Servicing Transfer dated November 5, 2025, which was produced in discovery as TMS000020-TMS000021 and was Exhibit 114 to Plaintiff's deposition.

**DECLARATION OF BERJ K. PARSEGHIAN IN SUPPORT OF DEFENDANT BETTER MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT - 23-cv-05510-NW**

11.     Attached hereto as **Exhibit J** is an email entitled "Monthly Mortgage Statement" dated December 19, 2021, which was produced in discovery as TMS000049 and was Exhibit 115 to Plaintiff's deposition.

12.     Attached hereto as **Exhibit K** is a Mortgage Statement, which was produced in discovery as TMS000041-TMS000042 and was Exhibit 116 to Plaintiff's deposition.

13.     Attached hereto as **Exhibit L** is an email entitled "Review the potentially negative activity on your credit report" dated January 5, 2022, which was produced in discovery as XU_00052-XU_00053 and was Exhibit 117 to Plaintiff's deposition.

14.     Attached hereto as **Exhibit M** is a Notice of Action Taken dated April 14, 2022, which was produced in discovery as XU_00045-XU_00047 and was Exhibit 122 to Plaintiff's deposition.

15.     Attached hereto as **Exhibit N** is a letter dated February 18, 2022, which was produced in discovery as XU_00066-XU_00072 and was Exhibit 131 to Plaintiff's deposition.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 31, 2025 at New York, New York.

/s/ Berj K. Parseghian
Berj K. Parseghian

LIPPES MATHIAS LLP

- 3 -

**DECLARATION OF BERJ K. PARSEGHIAN IN SUPPORT OF DEFENDANT BETTER MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT - 23-cv-05510-NW**