# EXHIBIT C

# NOTICE OF SERVICING TRANSFER

EXHIBIT NO. N2
Xu
11.22.24
Kate Charpentier, CSR 13319

Loan Number: 8120995926

Date: SEPTEMBER 23, 2021

Lender: BETTER MORTGAGE CORPORATION

Borrower(s): Jing Xu

Property Address: 3637 Ramona Street
Palo Alto, California 94306

The servicing of your mortgage loan is being transferred, effective NOVEMBER 1, 2021. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

BETTER MORTGAGE CORPORATION is now collecting your payments. BETTER MORTGAGE CORPORATION will stop accepting payments received from you after NOVEMBER 1, 2021

The Money Source will collect your payments going forward. Your new servicer will start accepting payments received from you on NOVEMBER 1, 2021
SEND ALL PAYMENTS DUE ON OR AFTER NOVEMBER 1, 2021 TO The Money Source
AT THIS ADDRESS:

If you have any questions for either your present servicer, BETTER MORTGAGE CORPORATION or your new servicer The Money Source about your mortgage loan or this transfer, please contact them using the information below:

Current Servicer:
BETTER MORTGAGE CORPORATION
(408)240-6888
3 WORLD TRADE CENTER, 175 GREENWICH STREET, 59TH FLOOR
NEW YORK, NEW YORK 10007

New Servicer:
The Money Source
Customer Service Department
(866)867-0330
P.O. BOX 650094
Dallas, TX 75265-0094

Under federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

BETTER MORTGAGE CORPORATION
Name of Present Servicer                                Date

The Money Source
Name of New Servicer                                    Date

NOTICE OF SERVICING TRANSFER
12 CFR 1024.33(b), Appendix MS-2
NOST.MSC  12/15/14

☆ DocMagic

TMS000022