# EXHIBIT D

5/6/22, 11:39 PM                                                             Gmail - Setting up your TMS account

 Gmail

Jing Xu <robertxjys@gmail.com>

---

### Setting up your TMS account

---

**Better Servicing Support** <donotreply@better.com>  
Reply-To: servicingsupport@better.com  
To: Jing Xu <robertxjys@gmail.com>

Sun, Oct 17, 2021 at 1:15 AM

# Better

## Finish creating your account with The Money Source (TMS)

Jing,

Your account for 3637 Ramona Street, Palo Alto, CA 94306 has already been created. This is how you'll choose your payment method and make monthly payments.

To finish setting it up, visit the TMS website and use your account number: 8120995926.

Here are some important things to keep in mind:

- Recurring payments have been turned off just in case your loan is transferred to another servicer.
- If Better retains the servicing of your loan, automatic payments will be turned on.
- If your loan is transferred, we'll send you an email to let you know.
- If you have any trouble logging in, wait 24 hours and try again — the system updates once a day.

Otherwise, feel free to reach out to servicingsupport@better.com for any questions. We're always here, 7 days a week, from 9am to 9pm EST.

Better Servicing Support  
servicingsupport@better.com  
646-849-2409


EXHIBIT NO. 107
Xu
11.22.24
Kate Charpentier, CSR 13319

3 World Trade Center, 175 Greenwich Street, 59th Floor, New York, NY 10007

Better Mortgage Corporation is a direct lender

All rights reserved. NMLS #330511

NMLS Consumer Access

© 2021 Better Mortgage Corporation

Have some feedback on this email? Let us know.

BETTER MORTGAGE RESERVES THE RIGHT TO MODIFY OR DISCONTINUE PRODUCTS, PROMOTIONS AND BENEFITS AT ANY TIME WITHOUT NOTICE. Rates and Terms are subject to change at anytime without notice and are subject to state restrictions.

© 2021 Better Holdco, Inc. and/or its affiliates. Better is a family of companies. Better Mortgage Corporation provides home loans; Better Real Estate, LLC provides real estate services; Better Cover, LLC provides homeowners insurance policies; and Better Settlement Services provides title insurance services. All rights reserved.

Better Mortgage Corporation is a direct lender. All rights reserved. NMLS #330511. © Better Mortgage Corporation. 3 World Trade Center, 175 Greenwich Street, 59th Floor, New York, NY 10007. Loans made or arranged pursuant to a California Finance Lenders Law License. Not available in all states. Equal Housing Lender. NMLS Consumer Access.

The Better Home Logo is Registered in the U.S. Patent and Trademark Office

Alaska Mortgage Broker/Lender License (#AK330511), Alabama Consumer Credit License (#22548), Arkansas Combination Mortgage Banker-Broker-Servicer License (#114738), Arizona Mortgage Banker License (#0942146), CA Dept. of Business Oversight - Finance Lenders Law License (#6052748), CA Dept. of Real Estate – Real Estate Broker (# 01847714), Loans made or arranged pursuant to Mortgage Company Registration with the Colorado Division of Real Estate (#330511), Connecticut Mortgage Lender License (#ML-330511), District of Columbia Mortgage Dual Authority License (#MLB330511), Delaware Lender License (#026589), Florida Mortgage Lender License (#MLD1484), Georgia Mortgage Lender License (#43354), Iowa Mortgage Banker License (#2018-0056), Idaho Mortgage Broker/Lender License (#MBL-2080330511), Illinois Residential Mortgage Licensee (#MB.6761046), Indiana DFI Mortgage Lending License (#330511), Kansas Mortgage Company License (#MC.0025544), Kentucky Mortgage Company License (#MC419058), Louisiana Residential Mortgage Lending License (#330511), Maryland Mortgage Lender License (#330511), Maine Supervised Lender License (#330511), Michigan 1st Mortgage Broker/Lender/Servicer Registrant (#FR0022913), Minnesota Residential Mortgage Originator License (#MN-MO-330511), Mississippi Mortgage Lender License (#330511), Missouri Mortgage Company License (#19-2462), Montana Mortgage Lender License (#330511), North Carolina Mortgage Lender License (#L-162055), North Dakota Mortgage Broker License (#MB103296), Nebraska Mortgage Lender License (#330511), Licensed by the N.J. Department of Banking and Insurance (#330511), Licensed Mortgage Banker – NYS DFS (#LMB-109666), New Mexico Mortgage Lender License (#330511), Ohio Residential Mortgage Lending Act Certificate of Registration (#RM.804430.000), Oklahoma Mortgage Lender License (#ML011933), Oregon Mortgage Lending License (#ML-5310), Pennsylvania Mortgage Lender License (#46959), Rhode Island Mortgage Lender License (#20183669LL), South Carolina-BFI Mortgage Lender / Servicer License (#MLS-330511), South Dakota Mortgage Lender License (#ML.05201), Tennessee Mortgage License (#136757), Texas Mortgage Lender License (#330511), Utah Mortgage Entity License (#11448204), Virginia Lender License (#MC-5863), Vermont Lender License (#7618), Washington Consumer Loan License (#CL-330511), Wisconsin Mortgage Banker License (#330511BA), West Virginia Mortgage Lender License (#ML36354), Wyoming Mortgage Lender License (#3369)

This message is intended for robertxjys@gmail.com
Made in our offices in New York, NY
888.501.3186

XU_00008

XU_00009