# EXHIBIT E

| | |
|---|---|
| From: | my-support <my-support@TheMoneySource.com> |
| To: | robertxjys@gmail.com |
| Subject: | Welcome to The Money Source Inc. |
| Sent time: | Wed, 03 Nov 2021 07:26:20 GMT |



# Welcome!



EXHIBIT NO. 110
Ku
11.22.24
Kate Charpentier, CSR 13319

Thank you for registering your account on our new and improved borrower portal – we think that's a great decision!

This is also a confirmation that you have enrolled in paperless communication. You have selected the following option(s):

- Periodic billing statements
- Year-end tax documents
- Additional correspondence related to the servicing of your mortgage loan, including escrow analysis, required disclosures, and any other communications deemed appropriate to be delivered electronically

We think that's TREErific! To manage your account online, 24/7 at your convenience, visit **The Money Source Inc.**

We're on a mission to inspire happy customers and are here to help you in any way we can.
If you have any questions, please feel free to contact one of our highly trained Customer Care Team Members at **CCare@TheMoneySource.com** or give us a call at **1-866-867-0330**.
We're available Monday – Friday 8:00 am – 9:00 pm ET and Saturday 8:00 am – 12:00 pm ET, excluding major holidays.

    

Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 **THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER**

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*

TMS000032