# EXHIBIT F

Case 5:23-cv-05510-NW   Document 79-6   Filed 03/31/25   Page 2 of 2

| From: | noreply@themoneysource.com |
|---|---|
| To: | robertxjys@gmail.com |
| Subject: | Payment Confirmation |
| Sent time: | Wed, 03 Nov 2021 07:45:07 GMT |



**TMS**
THE MONEY SOURCE

EXHIBIT NO. 11
Xu
11.22.21
Kate Charpentier, CSR 13319

## Thank you for your payment

November 03, 2021

Loan #***5926

JING XU

3637 RAMONA ST PALO ALTO

This is your confirmation notification that you have successfully submitted a one-time draft request in the amount of $8,153.74 for November 03, 2021. Your transaction Confirmation Number is W8D99E9BD6E3864B. Please ensure you have these funds available in your account on this date.

Thank you for using TheMoneySource.

Please do not reply to this message.

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient. Thank you.*

    

Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*

TMS000033