# EXHIBIT J

| | |
|---|---|
| From: | noreply@themoneysource.com |
| To: | robertxjys@gmail.com |
| Subject: | Monthly Mortgage Statement |
| Sent time: | Sun, 19 Dec 2021 23:14:50 GMT |



# Your mortgage billing statement is ready!

12/19/21

Loan #***5926
Jing Xu
3637 RAMONA ST PALO ALTO



EXHIBIT NO. 115
Vu
11.22.24
Kate Charpentier, CSR 13319

Your mortgage statement is ready to be viewed online.

To view your statement:
1. Visit **www.TMSCustomer.com**
2. Log into your account
3. Click on Documents

If you have any questions regarding your paperless statements, please contact us at **Ccare@TheMoneySource.com** or by phone at (866) 867-0330. Our hours are Monday - Friday 8:00 am - 9:00 pm ET and Saturday 8:00 am - 12:00 pm ET.

Please do not reply to this message.



Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.

TMS000049