# EXHIBIT L

EXHIBIT NO. 117
Xu.
11.22.24
Kate Charpentier, CSR 13319

---------- Forwarded message ---------
From: **Chase Credit Journey** <no.reply.alerts@chase.com>
Date: Wed, Jan 5, 2022 at 9:09 PM
Subject: Review the potentially negative activity on your credit report
To: <robertxjys@gmail.com>

See details about your credit report activity

 Credit Journey



1

Flagged Activity

## POTENTIALLY NEGATIVE ACTIVITY

# We see new activity on your credit report that could potentially lower your score. Take a closer look.

[See details]

**WHAT THIS MEANS**

This type of activity can show up on your credit report if you miss a payment, a lender sends an account to collections or an account is charged off. Go to Credit Journey to see how having this activity on your credit report might impact you.

**CHASE**

Credit information provided by Experian. If you have questions, please visit our Help & support page for more information.

**ABOUT THIS MESSAGE**

This service email was sent based on your alert settings. Use the Chase Mobile app® or visit chase.com/alerts to view or update your settings.

To protect your personal information, please don't reply to this email. Instead, use the mobile app or sign in to chase.com to send a message from your Secure Message Center.

If you have concerns about the authenticity of this message, please visit chase.com/CustomerService for options on how to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

© 2022 JPMorgan Chase & Co.

2

XU_00053