# EXHIBIT M

EXHIBIT NO. 122
Xu
11.22.24
Kate Charpentier, CSR 13319

JING XU
3637 Ramona Cir
Palo Alto, CA 94306-4214

BANK OF AMERICA, N.A.
Office #: 6475
TX2-979-01-02, 4500 Amon Carter Blvd
Fort Worth, TX 76155
Phone: (800) 641-5929
Office Fax No.: 1-866-409-1050

Date: April 14, 2022

Re: Application #: 101953533
Loan Program: **FIXED RATE FIRST-LIEN HOME LOAN**
Case #:
Property Address: 3637 Ramona Cir
Palo Alto, CA 94306-4214

Description of Account, Transaction, or Requested Credit:
**MORTGAGE APPLICATION**

## NOTICE OF ACTION TAKEN

JING XU:

### We're sorry - we can't approve your request for a home loan right now.

We carefully reviewed your application and credit report(s) provided by the credit reporting agency(ies) listed below and unfortunately, we weren't able to approve your request because:

- **Credit History: Delinquent past or present credit obligations with others**

### Want to know more about your credit?

There are steps you can take to better understand your credit. Since you have the right to a free copy of your credit report, we recommend you start there to get the best understanding. (People are sometimes surprised by the things that are on their reports.)

To get a copy, you can:
Visit experian.com/reportaccess, call 1-888-397-3742, or write to Experian, P.O. Box 2002, Allen, TX 75013.

The disclosures on the following pages provide details about your right to know the information in your credit report.

### We're here to help

We want you to be financially successful. You can learn more about credit and home ownership on our Better Money Habits website (bettermoneyhabits.com), which provides tools and information to help you manage your money.

### Thank you for your application.

Please see the important disclosures and information starting on the following pages.

NOTICE OF ACTION TAKEN (NOAT.US)
I7634.49 (10/21)                    Page 1 of 3                    BANK OF AMERICA, N.A.



*1019535334410235000*



LOAN #: 101953533

*If you have any questions regarding this notice, you should contact:*

Creditor's name: **BANK OF AMERICA, N.A.**
Creditor's address: **TX2-982-05-04, 7105 Corporate Dr., Building C**
**Plano, TX 75024**
Creditor's telephone number: **(650) 457-6419**
Contact Name: **Thomas Fan**
NMLS Identifier: **1176885**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20006

NOTICE OF ACTION TAKEN (NOAT US)
17634.49 (10/21)                                 Page 2 of 3                                  BANK OF AMERICA, N.A.

XU_00046

LOAN #: 101953533

☒ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: CoreLogic Credco
Address: 10277 Scripps Ranch Blvd
San Diego, CA 92131
Toll-Free Telephone Number: (800) 447-1692

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 747

Date: November 4, 2021

Scores range from a low of 320 to a high of 844

Key factors that adversely affected your credit score:
* Too many inquiries Last 12 Months.
* Proportion of balance to high credit on revolving accounts.
* Length of time accounts have been established.
* Number of accounts opened within the last 12 months.

If you have any questions regarding your credit score, you should contact Experian at:

Address: P. O. Box 2002, Allen, TX 75013

Toll-free Telephone number: 1-888-397-3742

☐ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

NOTICE OF ACTION TAKEN (NOAT, US)
17634.49 (10/21)



Page 3 of 3



*101953533441023500O*

BANK OF AMERICA, N.A.

XU_00047