# EXHIBIT 109

| From: | my-support <my-support@TheMoneySource.com> |
| --- | --- |
| To: | robertxjys@gmail.com |
| Subject: | Confirm your new TMS Account |
| Sent time: | Wed, 03 Nov 2021 07:25:25 GMT |

109



# Welcome to Our All-New Borrower Portal!



EXHIBIT NO. 109
Ku
11.22.24
Kate Charpentier, CSR 13319

**Thank you for registering! To confirm your account, please click the link below.**

**Confirm Email**

**If you did not complete this registration, please contact Customer Care a (866) 867-0330 or CCare@TheMoneySource.com**



Contact Us | Licensing | Privacy Policy | Unsubscribe

© The Money Source Inc. | 3138 E. Elwood Street, Phoenix, AZ 85034 | 1-866-867-0330 | NMLS #6289 | www.nmlsconsumeraccess.org | Licensed and/or exempt from licensing to service in 50 states. Licensed and/or exempt from licensing for subservicing and/or debt collection in 50 states.

 **THE MONEY SOURCE INC. IS AN EQUAL HOUSING LENDER**

*The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by the persons other than the intended recipient.*