**EXHIBIT 114**



**TMS**
THE MONEY SOURCE

For Returned Mail Only
P.O. Box 619063
Dallas, TX 75261-9063

REPRESENTATION OF PRINTED DOCUMENT

EXHIBIT NO. 119
Xu
11.22.24
Kate Charpentier, CSR 13319

8-813-33997-0000243-001-000-000-000-000
JING XU
3637 RAMONA CIR
PALO ALTO CA 94306-4214

NOVEMBER 05, 2021

RE: NOTICE OF MORTGAGE SERVICING TRANSFER

Loan Number: 5926
Property Address: 3637 RAMONA ST
PALO ALTO CA 94306

New Loan Number:

Dear Customer(s):

The servicing of your mortgage loan is scheduled to be transferred to ALLY BANK effective JANUARY 04, 2022. A "Notice of Servicing Transfer" is enclosed to provide you with important information regarding this transfer.

Should you have any questions, please feel free to contact our Customer Care Center at (866) 867-0330 from 8 am to 9 pm ET, Monday through Friday, and Saturday 8 am to 12 pm ET, excluding major holidays.

Sincerely,

The Money Source Inc.
Customer Care Team

California Residents: The Money Source Inc. is licensed by the California Department of Financial Protection and Innovation under (1) California Finance Lenders Law License #60DBO52992, and (2) California Residential Mortgage Lending Act License #4131177.

TS200 - Outbound Notice of Service Transfer - v1.2 - Rev.02.24.2021

# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred, effective JANUARY 04, 2022. This means that after your loan is transferred, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change. The transfer of servicing does not affect any term or condition of the mortgage loan other than terms directly related to the servicing of the loan.

The Money Source Inc. is currently collecting your payments. The Money Source Inc. will stop accepting payments received from you after JANUARY 03, 2022.

ALLY BANK will collect your payments after your loan has transferred. ALLY BANK will start accepting payments received from you on JANUARY 04, 2022. Send all payments due on or after JANUARY 04, 2022 to ALLY BANK.

If you have any questions for either your present servicer, The Money Source Inc.; or your new servicer, ALLY BANK about your mortgage loan or this transfer, please contact them using the information below:

**Current Servicer:**
The Money Source Inc.
Attn: Customer Care
500 S. Broad St. Suite 100A
Meriden, CT 06450
Phone: (866) 867-0330

**New Servicer:**
ALLY BANK
PO BOX 77404
EWING NJ 08628
Phone: (866)401-4742

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance. You should contact your carrier to determine in what way your insurance may be affected.

---

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

---

Notice Regarding Account Errors and Information: You have certain rights under Federal law related to resolving account errors and requesting information about your account. If you think there is an error with your The Money Source Inc. mortgage loan account or if you wish to request information about your mortgage, you must write to us at the following address:

The Money Source Inc.
Attn: Customer Care
500 S. Broad St. Suite 100A
Meriden, CT 06450

In your letter, please include the following information: Your full name, your account number, your mailing address and a brief description of the error you believe has occurred with your mortgage loan; or the account information you are requesting. Within five (5) days (excluding legal public holidays, Saturdays and Sundays), or receiving a written notice of error or a written request for information, The Money Source Inc. will provide a written acknowledgment of receipt of the notice of error or request for information. We will then review your correspondence and provide a response within thirty (30) days of receipt.

---

**Important:** Due to the transfer of your mortgage servicing, if your monthly payments are currently enrolled in automatic drafting, you should contact your new servicer about their capability of automatic drafting of your payments.

Sincerely,
The Money Source Inc.

TMS000028