**EXHIBIT 116**

**Representation of Printed Document**

Mortgage Statement



This is an Advertisement

**TMS — THE MONEY SOURCE**
For Return Mail Only:
P.O. BOX 619063,
DALLAS, TX 75261-9063
6-813-35576-0029790-001-000-000-000-000

JING XU
3637 RAMONA CIR
PALO ALTO CA 94306-4214

EXHIBIT NO. 116
Xu
11.22.24
Kate Charpentier, CSR 13319

| | |
|---|---|
| Statement Date | 12/16/2021 |
| Payment Amount Due | $16,307.48 |
| Payment Due Date | 01/01/2022 |

A late fee of $407.69 may apply if received after 01/16/2022

## Explanation of Amount Due



- Interest $4,560.70
- Regular Monthly Payment $8,153.74
- Past Due $8,153.74
- Principal $3,593.04

## Account Information

| | |
|---|---|
| Account Number | 8120995926 |
| Property Address: | 3637 RAMONA ST PALO ALTO CA 94306 |
| Original Principal Balance | $1,997,285.00 |
| Outstanding Principal Balance | $1,993,708.37 |
| Maturity Date | 10/2051 |
| Interest Rate | 2.750% |
| Escrow Balance | $0.00 |
| Unapplied Funds | $0.00 |

## Past Payment Summary

| | Paid since last statement | Paid year-to-date |
|---|---|---|
| Principal | $0.00 | $3,576.63 |
| Interest | $0.00 | $4,577.11 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Total | $0.00 | $8,153.74 |

## Transaction Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Fees | Unapplied | Corp. Adv. | Other |
|---|---|---|---|---|---|---|---|---|---|

No transactions have occurred on your loan between the last billing statement and this statement date.

### Tax Forms

**Your Form 1098 is coming!**

Your IRS Form 1098 will be in your January billing statement or mailed separately by January 31.

Get your 1098 electronically. Sign-up online.

### COVID-19 — We're here to help!

We are on mission to grow happiness even during times of uncertainty. On behalf of our entire family, we want to assure you that as news regarding COVID-19 (coronavirus) evolves we will continue to operate with flexibility and care needed to help support you during this ever-changing situation. Please do not hesitate to reach out with any questions or concerns. For more information about our policies visit our website.

### Ways to pay

 Make your Payment at: www.TMScustomer.com

 Pay with our TMS Happinest App:
 App Store  Google Play

 Pay by Phone: 866.867.0330

 Mail your payment with the coupon below

### Resources

 Happy Hub blog: themoneysource.com/happy-hub/
FAQs: themoneysource.com/FAQ/
Email: CCare@TheMoneySource.com

 Correspondence:
500 S. Broad St., Suite 100A
Meriden, CT 06450

 Hours:
M-F 8AM — 9PM ET
Sat. 8AM — 12PM ET

 Phone: 866.867.0330

### Auto Pay: What it is. How to set it up.

Auto Pay lets you automatically schedule to have your mortgage payment deducted from your bank account each month. It's free (secure and worry-free, too), simple to set up and you can cancel at any time. All you have to do is login to your account, link your bank account, choose the date of your payment, and you're good to go!

---



**TMS — THE MONEY SOURCE**

Internet Reprint

Detach and include this section with your payment.
JING XU

Account Number 8120995926
Payment Amount Due $16,307.48

 Check box if change of contact/consent indicated on reverse.

Make Check Payable To:
The Money Source Inc.
P.O. BOX 650094
Dallas, TX 75265-0094

**Payment Due Date** 01/01/2022

If payment is received after **01/16/2022** a late fee of **$407.69** will be assessed.

| | |
|---|---|
| Payment Amount | $16,307.48 |
| Additional Principal | $_____ |
| Additional Escrow | $_____ |
| Late Charge ($0.00) | $_____ |
| Other Fees ($0.00) | $_____ |
| Corporate Advances ($0.00) | $_____ |
| Total Amount Enclosed | $_____ |

9071194812099592621350081537408561434

TMS000041

116

If your address, telephone number or email address has changed, please visit our website at: www.TMScustomer.com

## PAYMENT INFORMATION

### IMPORTANT INFORMATION FOR CUSTOMERS PAYING BY CHECK
When you pay by check, you authorize us to electronically process your check by either using information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If your check is processed electronically, your checking account may be debited the same day we receive the check and the check will not be returned with your checking account statement. For more information regarding this process, visit www.federalreserve.gov.

### ADDITIONAL PAYMENT METHODS

**Online:** www.TMScustomer.com
Please visit our website for complete details.

**By Phone:** Call us at 866.867.0330
A Live Agent Payment fee of up to $16 may be required for this option.

**By MoneyGram:** Call 800.666.3947
Receiver code is 15543-Servicing Division
A processing fee may apply.

## IMPORTANT TELEPHONE NUMBERS

**CUSTOMER CARE**
866.867.0330
Fax 203.285.8452
Mon - Fri 8:00am - 9:00pm ET
Sat 8:00am - 12:00pm ET

**INSURANCE RENEWALS/BILLS**
877.521.0263
Fax 937.525.8897
Mon - Fri 8:00am - 8:00pm ET

**LOSS DRAFTS/INSURANCE CLAIMS**
800.213.9975
Fax 937.525.8897
Mon - Fri 8:00am - 8:00pm ET

## IMPORTANT ADDRESSES

**OVERNIGHT PAYMENT ADDRESS**
3138 E Elwood St
Phoenix, AZ 85034
**Attn: Cashiering**

**IF YOU WANT TO SEND US A QUALIFIED WRITTEN REQUEST, A NOTICE OF ERROR, OR AN INFORMATION REQUEST, YOU MUST SEND IT TO THE FOLLOWING ADDRESS**
500 South Broad Street - Suite 100A
Meriden, CT 06450
**Attn: Customer Care Escalation**

## PAYOFF INFORMATION
To obtain an accurate payoff on your loan, you may utilize the following options: 1. Log in to your borrower portal to obtain a payoff statement, located under loan information 2. Submit a request through our online third party payoff quote portal at www.TMScustomer.com/thirdpartypayoff 3. Submit the request by mail to our correspondence address above, attention Payoff Department 4. Send a fax to 888-962-8868 or 5. Call us at 866.867.0330. An additional fee may apply for payoff statements. See Special Request Fees for more information.
**Please note:** Figures in the payoff statement are subject to final verification. Prior to paying off your loan, please validate your payoff by obtaining an updated payoff quote through one of the options provided above.

## IMPORTANT INFORMATION REGARDING FAIR DEBT COLLECTION PRACTICES AND BANKRUPTCY LAW
This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Important Notice to Mortgagors Involved in a Bankruptcy Proceeding:** If you are a debtor involved in a bankruptcy proceeding, this statement has been sent to you merely for informational purposes and should be disregarded as an attempt to collect the debt (unless your mortgage is subject to an in rem order). The amount stated may not accurately reflect the debt owed. If the automatic stay is in effect, we will not act to collect on the debt owed until the stay has been lifted or the case has been closed, dismissed, or discharged. If this statement has reached you after your case has been discharged, please be assured that we are not attempting, and will not attempt, to collect this debt as a personal obligation, except in those circumstances where we may have the right to do so under applicable bankruptcy law. Otherwise we will seek recovery of the debt from the property securing this debt.

## SPECIAL REQUEST FEES
The following fees may be charged for certain services requested by you and related to the servicing of your loan. The actual fees charged may be different (or there may be no fee) depending on state laws, and agency or investor requirements. A full list of servicing fees is available at www.TMScustomer.com under the FAQ link. Please note the fee schedule is subject to change.

Insufficient/Returned Check: Up to $40.00, varies by state and loan type
Payoff Statement Fee: Up to $60.00, varies by state and loan type
Live Agent Payment Fee: Up to $16.00

## IMPORTANT HOME PRESERVATION RESOURCES
Our Customer Careologists are here to review your individual circumstances, discuss possible assistance opportunities, and work with you to preserve homeownership.

If your loan is delinquent, you may be entitled to receive homeownership counseling and household budgeting information from an agency approved by the United States Department of Housing and Urban Development (HUD) at no charge. A list of the HUD approved, non-profit homeownership counseling agencies may be downloaded from the Internet at www.hud.gov, by calling the toll free number at (800) 569-4287; or by calling the HOPE NOW toll-free number (888) 995-4673. For Text Telephone (TTY) service, contact the Federal Information Relay Service at (800) 877-8339.

For additional information on how to avoid foreclosure, including for military servicemembers, you may also visit Fannie Mae's www.KnowYourOptions.com or Freddie Mac's myhome.freddiemac.com.

## IMPORTANT SERVICEMEMBER PROTECTIONS
You may be entitled to certain legal rights and protections if you or any owner of your home are or recently were on active duty or active service as a federal or state military servicemember, or if you're a dependent of such a servicemember. For more information, please contact our Customer Care Center.

## STATE NOTICES
FOR CALIFORNIA RESIDENTS: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

California Residents: The Money Source Inc. is licensed by the California Department of Financial Protection and Innovation under (1) California Finance Lenders Law License #60DBO52992, and (2) California Residential Mortgage Lending Act License #4131177.

---

### Change of Contact/Consent Form (Please Print)

Account# 8120995926

Borrower's Name _____

Co-Borrower's Name _____

Mailing Address _____

City _____ State _____ Zip _____

Home Phone# _____ Business Phone# _____

Cell Phone# _____ ☐ check box I consent for The Money Source Inc. to contact me via this cell phone

Email _____ ☐ check box I consent for The Money Source Inc. to contact me via this email address

**AN AUTHORIZED BORROWER'S SIGNATURE IS REQUIRED FOR AN ADDRESS CHANGE**

_____ _____ _____ _____
Borrower's Signature      Date        Co-Borrower's Signature   Date

- Do not include correspondence with your payment.
- Do not send cash.
- Write your account number on your check or money order.
- Please allow sufficient time for all delivery and posting to avoid late charges.
- We reserve the right to return any payment tendered if the payment status is delinquent. Payments are not considered "accepted" until credited to your loan.

TMS000042