UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU,<br><br>            Plaintiff,<br><br>     v.<br><br>BETTER MORTGAGE CORPORATION, et al.,<br><br>            Defendants. | Case No. 23-cv-05510-NW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: ECF No. 108 |

On July 17, 2025, the Court denied in part and granted in part Defendant Better Mortgage Corporation's motion for summary judgment. ECF No. 107. On August 5, 2025, Defendant filed a motion for leave to file a motion for reconsideration of the Court's order. ECF No. 108.

The Court GRANTS Defendant's motion for leave to file a motion for reconsideration. Defendant may file a motion for reconsideration of no more than 10 pages by Wednesday, August 13, 2025. If Defendant elects to file its motion, Plaintiff shall file an opposition of no more than 10 pages by Wednesday, August 20, 2025. Defendant may elect to file a reply of no more than 5 pages by Monday, August 25, 2025. The Court sets a hearing for Wednesday, September 10, 2025, at 9:00 a.m. Given the parties' upcoming trial starting on October 27, 2025, all other deadlines remain in place.

**IT IS SO ORDERED.**

Dated: August 6, 2025

Noël Wise
United States District Judge