HALL GRIFFIN LLP
VALERIE J. SCHRATZ, State Bar No. 272418
  *vschratz@hallgriffin.com*
BRIAN P. STEWART, State Bar No. 147718
  *bstewart@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
THE MONEY SOURCE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JING XU,<br><br>        Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORPORATION, a California corporation, and THE MONEY SOURCE, INC., a New York corporation,<br><br>        Defendants. | CASE NO. 5:23-cv-05510-NW<br><br>JUDGE:  Hon. Noël Wise<br>CTRM.:  3<br><br>**NOTICE OF SETTLEMENT**<br><br>ACTION FILED:  October 25, 2023<br>TRIAL DATE:  October 14, 2025 |

Plaintiff JING XU ("Plaintiff") and Defendant THE MONEY SOURCE INC. ("TMS") hereby notify the Court that, at the conclusion of the Settlement Conference held on October 24, 2025, they reached a settlement of all remaining claims in this matter and are in the process of memorializing the settlement terms in a written agreement. Plaintiff and TMS anticipate filing a stipulation of dismissal with prejudice as to all remaining claims in this action within 30 days of this Notice of Settlement. Plaintiff and TMS are the only remaining parties to this action, and they request that the Court do the following:

1. Vacate the Court's deadline of November 7, 2025, to file all remaining pretrial documents;

2. Vacate the continued Pretrial Conference set for November 19, 2025; and

///

3. Take any other remaining hearings or deadlines off calendar for this matter to allow Plaintiff and TMS to complete their settlement agreement.

DATED: October 27, 2025            TERRA LAW LLP


By: ___/s/ Breck Edward Milde___
     Breck Edward Milde
Attorneys for Plaintiff
JING XU


DATED: October 27, 2025            HALL GRIFFIN LLP


By: ___/s/ Valerie J. Schratz___
     Valerie J. Schratz
     Brian P. Stewart
Attorneys for Defendant
THE MONEY SOURCE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2025, a true and correct copy of **NOTICE OF SETTLEMENT** was served via the United States District Court CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

By /s/ Valerie J. Schratz
Valerie J. Schratz,
HALL GRIFFIN LLP