1  HALL GRIFFIN LLP
VALERIE J. SCHRATZ, State Bar No. 272418
2    *vschratz@hallgriffin.com*
BRIAN P. STEWART, State Bar No. 147718
3    *bstewart@hallgriffin.com*
1851 East First Street, 10th Floor
4  Santa Ana, California 92705-4052
Telephone: (714) 918-7000
5  Facsimile: (714) 918-6996

6  Attorneys for Defendant
THE MONEY SOURCE INC.
7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

| | |
|---|---|
| 11  JING XU, | CASE NO. 5:23-cv-05510-NW |
| 12                Plaintiff, | JUDGE:  Hon. Noël Wise |
| | CTRM.:  3 |
| 13          vs. | |
| | **STIPULATION AND [PROPOSED]** |
| 14  BETTER MORTGAGE CORPORATION, | **ORDER DISMISSING ACTION WITH** |
| a California corporation, and THE | **PREJUDICE [Fed. R. Civ. P.** |
| 15  MONEY SOURCE, INC., a New York | **41(a)(1)(A)(ii)]** |
| corporation, | |
| 16 | ACTION FILED:    October 25, 2023 |
| | TRIAL DATE:      October 14, 2025 |
| 17                Defendants. | |

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE [Fed. R. Civ. P.
41(a)(1)(A)(ii)]

1    Plaintiff JING XU ("Plaintiff") and defendant THE MONEY SOURCE INC.

2  ("TMS"), by and through their undersigned counsel, being all the parties who have

3  appeared in this action and not already been dismissed with prejudice from this action,

4  stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed

5  in its entirety and with prejudice.  Plaintiff and TMS Respectfully request that the Court

6  retain jurisdiction to enforce the Settlement Agreement.

7

8  DATED:  November 25, 2025        TERRA LAW LLP

9

10

11                                    By:        */s/ Breck Edward Milde*
                                           Breck Edward Milde
12                                         Attorneys for Plaintiff
                                           JING XU
13

14  DATED:  November 25, 2025        HALL GRIFFIN LLP

15

16

17                                    By:        */s/ Valerie J. Schratz*
                                           Valerie J. Schratz
18                                         Brian P. Stewart
                                           Attorneys for Defendant
19                                         THE MONEY SOURCE INC.

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]

1

**[PROPOSED] ORDER**

2    Pursuant to the Stipulation of the parties and good cause appearing therefor, **IT IS**

3 **HEREBY ORDERED** that:

4    1.    This action is dismissed in its entirety and with prejudice;

5    2.    The District Court shall retain jurisdiction to enforce the Settlement

6 Agreement between Plaintiff JING XU and Defendant THE MONEY SOURCE INC.

7    **IT IS SO ORDERED.**

8

9 DATED:  November ___, 2025

10

11    _____

12    Noël Wise
United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HALL GRIFFIN

1

## ATTESTATION OF SIGNATURES

2          I, Valerie J. Schratz, hereby attest, pursuant to Civil L.R. 5-1(i)(3), that each of the

3    other signatories have concurred in the filing of this document.

4

5    DATED:  November 25, 2025          HALL GRIFFIN LLP

6

7

                                       By:  _____/s/ Valerie J. Schratz_____

8                                               Valerie J. Schratz

9                                               Brian P. Stewart
                                            Attorneys for Defendant

10                                          THE MONEY SOURCE INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]

HALL GRIFFIN

1

### CERTIFICATE OF SERVICE

2      I hereby certify that on this 25th day of November, 2025, a true and correct copy

3  of **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH**

4  **PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]**  was served via the United States District

5  Court CM/ECF system.  Participants in the case who are registered CM/ECF users will be

6  served by the CM/ECF system.  Participants in the case who are not registered CM/ECF

7  users will be served by mail or by other means permitted by the court rules.

8

9                                          By */s/ Valerie J. Schratz*
                                               Valerie J. Schratz,
10                                             HALL GRIFFIN LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE [Fed. R. Civ. P.
41(a)(1)(A)(ii)]